IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Gaston, et. al v. The Islamic Republic of Iran, No. 18-cv-12337, Gaston, et. al. v. Kingdom of Saudi Arabia, No. 18-12338, Johnson, et al. v. The Islamic Republic of Iran, 18-cv-12344, Johnson, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12346, Rodriguez, et. al. v. The Islamic Republic of Iran, No. 18-cv-12347, Rodriguez, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12348, Knight et. al. v. The Islamic Republic of Iran, No. 18-cv-12398, Knight, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12399, Desimone v. The Islamic Republic of Iran, No. 21-07679, Desimone v. Kingdom of Saudi Arabia, No. 17-00348* | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF DAVID J. DICKENS PRO HAC VICE

I, David J. Dickens, make this affidavit in support of the motion for my admission to appear and practice in this Court as counsel Pro Hac Vice for Plaintiffs in the above-captioned matters.

I, David J. Dickens, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from the bar of the District of Columbia is attached.

I certify and attest, under penalty of perjury as described in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

1

Dated: June 20, 2023

                                                 David J. Dickens
                                                 The Miller Firm, LLC
                                                 108 Railroad Avenue
                                                 Orange, VA 22960
                                                 Tel: 540-672-4224
                                                 Fax: 540-672-3055
                                                 ddickens@millerfirmllc.com

                                                 *Counsel for Plaintiffs*

Sworn to and subscribed before me this ___20th___ day of _____June_____, 2023.

NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA

2